```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MATTER OF THE EX PARTE APPLICATION OF
ANADARKO CHINA HOLDINGS 2 COMPANY
AND ANADARKO PETROLEUM
CORPORATION FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

**ORDER**

25-MC-241 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 29, 2025, Petitioners filed an *ex parte* application pursuant to 28 U.S.C. § 1782 (the "Application"). ECF No. 1. An applicant for discovery under Section 1782 must satisfy three statutory requirements, including that the discovery sought is "for use in a proceeding in a foreign or international tribunal[.]" 28 U.S.C. § 1782(a). To meet the "for use" requirement, the evidence sought must be for a proceeding that is "adjudicative in nature." *Euromepa, S.A. v. R. Esmerian, Inc.*, 154 F.3d 24, 27 (2d Cir. 1998).

Petitioner describes three proceedings in the Application: the Hong Kong Enforcement Proceeding, the Bahamian Winding Up Proceeding, and the Bahamian Debarring Proceeding. ECF No. 10 at 7–12. On August 12, 2025, Petitioner notified the undersigned that the Bahamian Court granted Anadarko's petition in the Winding Up Proceeding and dismissed the Debarring Proceeding. ECF No. 15-1 at 1–2. The status of the Hong Kong Enforcement Proceeding has not changed since the application's filing. ECF No. 14 at 2.

For discovery to be available under Section 1782, the foreign proceeding(s) must "involve factfinding or adjudication by the [foreign] tribunal." *Union Fenosa*

1

*Gas, S.A. v. Depository Tr. Co.*, No. 20-MC-188 (PAE), 2020 WL 2793055, at *5 (S.D.N.Y. May 29, 2020). Based on Petitioners' filings, it is not clear that the proceedings meet this requirement.

Accordingly, by **November 17, 2025**, Petitioner is directed to submit a letter brief not to exceed three single-spaced pages that explains why the undersigned should not deny their Section 1782 Application for the reasons stated above. In particular, this submission should identify what, if any, factfinding or adjudication is to occur in any of the foreign proceedings referenced in the Application.

**SO ORDERED.**

Dated: October 24, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge