USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MATTER OF THE EX PARTE APPLICATION OF
ANADARKO CHINA HOLDINGS 2 COMPANY
AND ANADARKO PETROLEUM
CORPORATION FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

**ORDER**

25-MC-241 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 30, 2025, Applicants filed a letter motion to seal, ECF No. 9 (the "Motion to Seal"), as well as a sealed Memorandum of Law, ECF No. 10, and sealed exhibits at ECF Nos. 11, 11-1, 12, and 12-1. Having reviewed the Motion to Seal and accompanying documents, the undersigned finds that the Applicants' use of redactions and sealing is narrowly tailored and consistent with the presumption in favor of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). Therefore, the Motion to Seal is **GRANTED.**

The Clerk of Court is respectfully directed to terminate the Motion to Seal at ECF No. 9.

**SO ORDERED.**

Dated: November 25, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1